IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL W. PALLADINO, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 14-2168 |
| CITY OF BETHLEHEM, et al., | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 2nd day of October, 2015, it is hereby **ORDERED** that Plaintiff's fee petition and Defendants' objections shall be **GRANTED IN PART AND DENIED IN PART** for the reasons stated in the accompanying memorandum opinion. Plaintiff shall be awarded $112,815.40 in attorney and paralegal fees and $3,679.55 in costs.

*/s/ Marilyn Heffley*
MARILYN HEFFLEY
UNITED STATES MAGISTRATE JUDGE